IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **DARYL LA'KEITH HACKWORTH,** | : |
| Plaintiff, | : |
| vs. | :   **CIVIL ACTION 08-0125-CG-C** |
| **MARENGO COUNTY JAIL, et al.,** | : |
| Defendants. | : |

## JUDGMENT

It is **ORDERED, ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED** without prejudice.

**DONE and ORDERED** this 12th day of August, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE